State ex rel. F. D. Tompkins and Ira J. Smith, Relators, v. Mallory F. Horne, Judge of the Third Judicial Circuit of Florida, Respondent.

Application for alternative writ of mandamus.

W. K. Zewadski, for Application.

Application denied November 11th, 1912.

---

State ex rel. James R. Smith, Relator, v. Mallory F. Horne, Judge of the Third Judicial Circuit of Florida, Respondent.

Application for alternative writ of mandamus.

W. K. Zewadski, for Application.

Application denied November 11th, 1912.